## LEAVELL ET AL. v. DONEY ET AL.

[No. 22,303. Filed April 9, 1914.]

1. APPEAL.—*Moot Questions.*—*Dismissal.*—Where, pending an appeal from an order granting plaintiffs a temporary injunction in an action to quiet their title to certain lands, the issues involved in the principal action were determined by the lower court in plaintiffs' favor, a dismissal of the appeal is required, since the questions presented thereby became moot propositions of law which the court will not decide merely to determine the question of costs. p. 482.

From Laporte Circuit Court; *James F. Gallaher*, Judge.

Action by Jennie Doney and another against Thomas J. Leavell and another. From a judgment for plaintiffs, the defendants appeal. *Appeal dismissed.*

*Hickey & Wolfe*, for appellants.
*Weir & Worden*, for appellees.

SPENCER, J.—Appellees Jennie and Violet Doney brought this action to quiet their title to certain lands situated in

VOL. 181—31

Laporte County. Pending a disposition of the cause in the Laporte Circuit Court, they filed a supplemental complaint asking for a temporary injunction against their co-appellees and appellants, restraining them from entering on said lands and removing grass and other crops therefrom. From an order granting such temporary injunction, this appeal is prosecuted. It affirmatively appears 1. that, pending a disposition of this case on appeal, the issues involved in the principal action have been determined by the Laporte Circuit Court in favor of the plaintiffs. The questions before us, therefore, have become moot propositions of law and will not be determined by this court merely to decide the question of costs. *Hood* v. *McCarthy* (1910), 174 Ind. 128, 91 N. E. 501; *Brown* v. *Dicus* (1909), 172 Ind. 51, 87 N. E. 716; *State, ex rel.* v. *Board, etc.* (1899), 153 Ind. 302, 54 N. E. 809.

The appeal is dismissed.

Note.—Reported in 104 N. E. 856.